IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, KYLE STEWART,<br><br>    Defendants. | CASE NO.: 5:16-cv-00209-RLV |

**NOTICE OF APPEARANCE**

    NOW COMES the undersigned and hereby enters an appearance on behalf of Defendants Shapiro & Ingle, LLP, Michael Jay Emrey, and Kyle Stewart (collectively, the "<u>S&I Defendants</u>") in the above-captioned proceeding.

    The undersigned requests that service be made on the undersigned of all motions, orders, calendars, notices, correspondence and other pleadings or papers of any nature which affect or seek to affect in any way the rights and interests of the S&I Defendants with respect to this matter. Please mail all notices and any other documents required to be served in this manner to the undersigned.

    This the <u>8th</u> day of December 2016.

    */s/ Jason K. Purser*
    Jason K. Purser
    N.C. State Bar No. 28031
    SHAPIRO & INGLE, LLP
    10130 Perimeter Parkway, Suite 400
    Charlotte, NC 28216
    (704)333-8107
    ATTORNEYS FOR THE S&I
    DEFENDANTS

16-084863

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, KYLE STEWART,<br><br>    Defendants. | CASE NO.: 5:16-cv-00209-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Notice of Appearance upon:

    Michael J. Garvey
    330 Walter Godbey Road
    West Jefferson, NC 28694

    David R. DiMatteo, Esq.
    McGuire Woods LLP
    201 North Tryon Street
    Suite 3000
    Charlotte, NC 28202
    *Attorney for Seterus, Inc.*
    *(Via Email Only)*

by depositing the same in a postpaid wrapper properly addressed to each party and depositing said wrapper in a post office or other official depository under the exclusive care and custody of the United States Postal Service or through email, as indicated above, through the CM/ECF system and as permitted by rule of court.

    This the 8th day of December 2016.

    /s/ Jason K. Purser

16-084863