# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>     Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, KYLE STEWART,<br><br>     Defendants. | CASE NO.:  5:16-cv-00209-RLV |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

NOW COMES Shapiro & Ingle, LLP, Michael Jay Emrey, and Kyle Stewart (collectively, "S&I Defendants"), by and through counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, showing the Court as follows:

1.      Plaintiff filed a complaint in this cause on November 17, 2016.

2.      Upon information and belief, the S&I Defendants were purportedly served with process in this case through Shapiro & Ingle, LLP's registered agent for service of process – CT Corporation -- on December 2, 2016.

3.      The S&I Defendants' time to respond to the Complaint is necessarily timely, and this motion is not interposed for the purpose of delay.  The S&I Defendants request additional time to formulate and prepare a response.

16-084863

4.      The undersigned has not conferred with the Plaintiffs regarding this motion because they

are proceeding pro se.

5.      Without waiving any equitable, legal, or procedural defense, the S&I Defendants request

the time to respond to the Complaint be enlarged until and including January 23, 2017.


        WHEREFORE, S&I respectfully prays for an order enlarging its time to respond to the

Complaint until and including January 23, 2017.


                        This the 8th day of December 2016.


                        /s/ Jason K. Purser
                        Jason K. Purser
                        N.C. State Bar No. 28031
                        SHAPIRO & INGLE, LLP
                        10130 Perimeter Parkway, Suite 400
                        Charlotte, NC 28216
                        (704)333-8107
                        (704)333-8156 Fax
                        jpurser@logs.com
                        ATTORNEYS FOR THE S&I DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

MICHAEL J. GARVEY,

      Plaintiff,

v.

SETERUS, INC., SUBSTITUTE TRUSTEE
SERVICES, INC., HUTCHENS LAW FIRM,
LACEY M. MOORE, CHRISTOPHER T.
SALYER, SHIANN SCHMIDT, SHAPIRO &
INGLE, LLP, MICHAEL JAY EMREY, KYLE
STEWART,

      Defendants.

CASE NO.:  5:16-cv-00209-RLV

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing Motion and proposed Order
upon:

| | |
|---|---|
| Michael J. Garvey | David R. DiMatteo, Esq. |
| 330 Walter Godbey Road | McGuire Woods LLP |
| West Jefferson, NC 28694 | 201 North Tryon Street |
| | Suite 3000 |
| | Charlotte, NC 28202 |
| | *Attorney for Seterus, Inc.* |
| | *(Via Email Only)* |

by depositing the same in a postpaid wrapper properly addressed to each party and depositing
said wrapper in a post office or other official depository under the exclusive care and custody of
the United States Postal Service or through email, as indicated above, through the CM/ECF
system and as permitted by rule of court.

      This the 8th_ day of December 2016.


      */s/ Jason K. Purser*

16-084863