IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>    Defendants. | Case Number: 5:16CV209-RLV<br>**Notice of Appearance of Counsel** |

Notice is hereby given of the entry of the undersigned as counsel for Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt in the above-entitled action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

   Lacey M. Moore
   Hutchens Law Firm
   6230 Fairview Road
   Suite 315
   Charlotte, NC 28210
   lacey.moore@hutchenslawfirm.com

   Respectfully submitted this the 12th day of December, 2016.

                               Hutchens Law Firm
                               *Attorneys for Defendants* Substitute Trustee
                               Services, Inc., Hutchens Law Firm, Lacey M.

1

Moore, Christopher T. Salyer, and Shiann Schmidt

*/s/Lacey M. Moore*
Lacey M. Moore
N.C. Bar No. 30652
6230 Fairview Road
Suite 315
Charlotte, North Carolina 28210
Telephone: 704.357.6262
Facsimile: 704.362.9261
lacey.moore@hutchenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case Number: 5:16CV209-RLV

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>  Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>  Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2016, I served a copy of Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt's Notice of Appearance and this Certificate of Service by either electronic notice in accordance with local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, MC 28694

                 Hutchens Law Firm
                 *Attorneys for Defendants* Substitute Trustee
                 Services, Inc., Hutchens Law Firm, Lacey M.

3

Moore, Christopher T. Salyer, and Shiann Schmidt

*/s/Lacey M. Moore*
Lacey M. Moore
N.C. Bar No. 30652
6230 Fairview Road
Suite 315
Charlotte, North Carolina 28210
Telephone: 704.357.6262
Facsimile: 704.362.9261
lacey.moore@hutchenslawfirm.com