IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:16-CV-00209-RLV

| | |
|---|---|
| MICHAEL J. GARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| SETERUS, INC., SUBSTITUTE | ) |
| TRUSTEES SERVICES, INC., HUTCHENS | ) |
| LAW FIRM, LP, LACEY M. MOORE, | ) |
| CHRISTOPHER T. SALYER, SHIANN | ) |
| SCHMIDT, SHAPIRO & INGLE, LLP, | ) |
| MICHAEL JAY EMREY, and KYLE | ) |
| STEWART, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFOR THE COURT** on Defendants Seterus, Inc., Shapiro & Ingle, LLP, Michael Jay Emrey, and Kyle Stewart's motions for an extension of time to respond to Plaintiff's Complaint. (Docs. 5, 7). The Motions are **GRANTED** for the reasons stated therein. Defendant Seterus, Inc. shall have until January 13, 2017 to file and serve its response. Defendants Shapiro & Ingle, LLP, Michael Jay Emrey, and Kyle Stewart shall have until January 23, 2017 to file and serve their responses.

**SO ORDERED.**

Signed: December 12, 2016

Richard L. Voorhees
United States District Judge