**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
STATESVILLE, N.C.
DEC 12 2016
U.S. District Court
Western District of N.C.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael J. Garvey | 5:16CV209-RLV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Seterus, Inc., et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Shapiro & Ingle, LLP, 10130 Perimeter Parkway, Ste. 400, Charlotte, NC 28216
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Serve on: Resident Agent, CT Corporation System, 160 Mine Lake Court, Ste. 200, Raleigh, NC 27615

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael J. Garvey
c/o 330 Walter Godbey Road
West Jefferson, NC 28694

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

IN FORMA PAUPERIS ORDER

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 336-877-6298
DATE: 11/22/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 58 | District to Serve No. 58 | Signature of Authorized USMS Deputy or Clerk: Mark A. Chapman | Date: 11/28/2016 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 12/2/16 Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | | | $0.00 |

REMARKS: 11/28/16: received by USMS Asheville; entered into JDIS
11/28/16: mailed by certified mail, return receipt requested, postal #7004 0550 0001 5405 8341
Return receipt indicates date of service as 12/2/16   12/9/16: closed out of JDIS; 285 returned

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 5:16-cv-00209-RLV   Document 16   Filed 12/12/16   Page 1 of 3

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MICHAEL J. GARVEY

        *Plaintiff*
        v.

SHAPIRO & INGLE, LLP

        *Defendant*

Civil Action No. 5:16CV209-RLV

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
SHAPIRO & INGLE, LLP
10130 PERIMETER PARKWAY, SUITE 400
CHARLOTTE, NC 28216
SERVED ON: RESIDENT AGENT
CT CORPORATION SYSTEM
160 MINE LAKE COURT, SUITE 200
RALEIGH, NC 27615

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael J. Garvey
    c/o 330 Walter Godbey Road
    West Jefferson, NC 28694

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nov. 22, 2016

**FRANK G. JOHNS**
By: Carolyn B. Bouchard
Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) / C. Date of Delivery |
| 1. Article Addressed to: 5:16CV209<br><br>Shapiro & Ingle, LLP<br>c/o Resident Agent CT Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0505 5173 6781 83 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7004 0550 0001 5405 8341 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return