U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael J. Garvey | 5:16CV209-RLV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Seterus, Inc., et al | Summons & Complaint |

**FILED STATESVILLE, N.C. DEC 1 2 2016 U.S. District Court Western District of N.C.**

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Hutchens Law Firm, 4317 Ramsey St., Fayetteville, NC 28311

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Serve on: Resident Agent, H. Terry Hutchens, 4317 Ramsey Street, Fayetteville, NC 28311

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael J. Garvey
c/o 330 Walter Godbey Road
West Jefferson, NC 28694

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

IN FORMA PAUPERIS ORDER

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 336-877-6298
DATE: 11/22/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 58 | No. 58 | Mark A Chapman | 11/28/2016 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 11/30/16   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | | | $0.00 |

REMARKS: 11/28/16 - received by USMS Asheville; entered into JDIS
11/28/16: mailed by certified mail, return receipt requested, postal #7004 0550 0001 5405 8303
12/6/16: return receipt received signed but not dated; a search of usps.com shows delivery date as 11/30/16; 12/9/16: closed out of JDIS; 285 returned

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 5:16-cv-00209-RLV   Document 20   Filed 12/12/16   Page 1 of 5

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MICHAEL J. GARVEY

       *Plaintiff* )
       v. )    Civil Action No. 5:16CV209-RLV
       )
HUTCHENS LAW FIRM )
       )
       )
       )
       *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    HUTCHENS LAW FIRM
    4317 RAMSEY STREET
    FAYETTEVILLE, NC 28311
    SERVED ON: RESIDENT AGENT
    H. TERRY HUTCHENS
    4317 RAMSEY STREET
    FAYETTEVILLE, NC 28311

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Michael J. Garvey
    c/o 330 Walter Godbey Road
    West Jefferson, NC 28694

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Nov 22, 2016

**FRANK G. JOHNS**
By: *Carolyn B. Bouchard*
     Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 5:16CV209

Hutchens Law Firm
c/o Resident Agent H. Terry Hutchens
4317 Ramsey Street
Fayetteville, NC 28311

9590 9403 0505 5173 6781 52

2. Article Number (Transfer from service label)

7004 0550 0001 5405 8303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sharell Adams
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

English    Customer Service    USPS Mobile                                    Register / Sign In

USPS.COM

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70040550000154058303

Updated Delivery Day: Wednesday, November 30, 2016

## Product & Tracking Information

**Postal Product:**              **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 30, 2016, 10:02 am | Delivered, To Mail Room | FAYETTEVILLE, NC 28311 |

Your item has been delivered to the mail room at 10:02 am on November 30, 2016 in FAYETTEVILLE, NC 28311.

| | | |
|---|---|---|
| November 30, 2016, 4:49 am | Arrived at Unit | FAYETTEVILLE, NC 28301 |
| November 29, 2016, 9:12 pm | Departed USPS Facility | FAYETTEVILLE, NC 28302 |
| November 29, 2016, 7:36 pm | Arrived at USPS Facility | FAYETTEVILLE, NC 28302 |
| November 29, 2016, 10:15 am | Arrived at USPS Facility | FAYETTEVILLE, NC 28301 |
| November 29, 2016, 3:59 am | Departed USPS Facility | GREENVILLE, SC 29607 |
| November 28, 2016, 10:50 pm | Arrived at USPS Facility | GREENVILLE, SC 29607 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                                          ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.