IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:16-CV-00209-RLV

| | |
|---|---|
| MICHAEL J. GARVEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SETERUS, INC., SUBSTITUTE TRUSTEES SERVICES, INC., HUTCHENS LAW FIRM, LP, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, and KYLE STEWART, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants Substitute Trustees Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt's motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint. (Doc. 9). The Motion is **GRANTED** for the reasons stated therein. Defendants Substitute Trustees Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt shall have until January 20, 2017 to file and serve their responses.

**SO ORDERED.**

Signed: December 14, 2016

Richard L. Voorhees
United States District Judge