14
December 12, 2016

RECEIVED
STATESVILLE, NC

DEC 15 2016

Clerk, U. S. Dist. Court
W. Dist. of N. C.

Re:  Civil Action No:  5:16-CV-00209-RLV

**TO THE CLERK OF THE COURT:**

Please fill the enclosed documents into the above reference case.  Thanking you in advance for
your assistance.

Mailed Certified Mail # 7015 1520 0000 1351 2405

Michael J. Garvey