IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, KYLE STEWART,<br><br>    Defendants. | CASE NO.: 5:16-cv-00209-RLV |

**MOTION TO DISMISS**

NOW COMES Shapiro & Ingle, LLP, Michael Jay Emrey, and Kyle Stewart (collectively, "S&I Defendants"), by and through counsel and pursuant to FED. R. CIV. P. 12(b)(6), moving the Court to dismiss Plaintiff's Complaint filed on November 17, 2016. The S&I Defendants show the Court as follows:

    1.    Plaintiff's lawsuit fails to plead any plausible claim for relief. Plaintiff's Complaint contains vague and conclusory allegations and includes no specific facts that could give rise to a cause of action.

    2.    Indeed, when one reviews the entirety of the communications between Plaintiff and the S&I Defendants and the entire record in Plaintiff's Chapter 13 bankruptcy case, case number 16-50518, filed in the Western District of North Carolina, one must conclude there is no violation for which Plaintiffs can recover against the S&I Defendants.

16-084863

WHEREFORE, in light of the foregoing and for reasons set forth in the accompanying memorandum, the S&I Defendants respectfully pray for an order dismissing this lawsuit with prejudice.

This the 20th day of January 2017.

*/s/ Jason K. Purser*
Jason K. Purser
N.C. State Bar No. 28031
SHAPIRO & INGLE, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
(704)333-8107
(704)333-8156 Fax
jpurser@logs.com
ATTORNEYS FOR THE S&I DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Motion to Dismiss upon:

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, NC 28694
*Pro Se Plaintiff*

David R. DiMatteo, Esq.
McGuire Woods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
*Attorney for Seterus, Inc.*
*(Via Email Only)*

Lacey M. Moore, Esq.
Hutchens, Senter, Kellam & Pettit, P.A.
P.O. Box 12497
Charlotte, NC 28211
*Attorney for Substitute Trustee Services,*
*Hutchens Law, Lacey Moore, Christopher T.*
*Salyer, and Shiann Schmidt*
*(Via Email Only)*

by depositing the same in a postpaid wrapper properly addressed to each party and depositing said wrapper in a post office or other official depository under the exclusive care and custody of the United States Postal Service or through email, as indicated above, through the CM/ECF system and as permitted by rule of court.

This the 20th day of January 2017.

/s/ Jason K. Purser

16-084863

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, NC 28694

16-084863

David R. DiMatteo, Esq.
McGuire Woods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202

16-084863