IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>  Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>  Defendants. | Case Number: 5:16CV209-RLV |

### DEFENDANTS SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER AND SHIANN SCHMIDT'S MOTION TO DISMISS

NOW COMES, Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt ("Moving Defendants") by and through the undersigned counsel pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves the Court to dismiss Plaintiff's Complaint (hereinafter referred to as the "Complaint"), including all claims for relief contained therein, against these Defendants on the grounds that the Complaint fails to state a claim upon which relief can be granted. In addition, Defendants Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt, also move to dismiss the Complaint against them pursuant to Rules 12(b)(2), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure on the grounds that this Court lacks personal jurisdiction, process was insufficient and service of process was insufficient.

1

1. That the Court dismiss Plaintiff's Complaint and the claims filed therein with prejudice against the Moving Defendants; and

2. For such other further relief as the Court may deem just and proper.

Respectfully submitted this the 20th day of January, 2017.

Hutchens Law Firm LLP
*Attorneys for Defendants, Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt*

/s/Lacey M. Moore
Lacey M. Moore
N.C. Bar No. 30652
6230 Fairview Road
Suite 315
Charlotte, North Carolina 28210
Telephone: 704.357.6262
Facsimile: 704.362.9261
lacey.moore@hutchenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>    Defendants. | Case Number: 5:16CV209-RLV |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2017, I served a copy of Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt's Motion to Dismiss by either electronic notice in accordance with local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, MC 28694

David R. DiMatteo, Esq.
McGuire Woods, LLP
201 North Tryon Street
Suite 300
Charlotte, NC 28202
(*Attorneys for Seterus, Inc.*)

Jason K. Purser
Shapiro & Ingle, LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(*Attorneys for Shapiro & Ingle, LLP, Michael Jay Emrey and Kyle Stewart*)

Hutchens Law Firm  LLP
*Attorneys for Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt*

/s/Lacey M. Moore
Lacey M. Moore
N.C. Bar No. 30652
6230 Fairview Road
Suite 315
Charlotte, North Carolina 28210
Telephone:  704.357.6262
Facsimile: 704.362.9261
lacey.moore@hutchenslawfirm.com

4