Michael J. Garvey
330 Walter Godbey Road
West Jefferson, NC 28694

January 20, 2016

United States District Court Western District of NC
Statesville Division
200 West Broad Street, Room 304
Statesville, NC 28677
ATTN: Clerk of the Court

**Re: Civil Action No: 5:16-CV-00209-RLV**

**TO THE CLERK OF THE COURT:**

Please file the enclosed Consumer's Response to Answer into the above reference case.

Thanking you in advance for your assistance.

*Michael J. Garvey*

Enclosure: Consumer's Response to Answer