PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL   PRIORITY MAIL POSTAGE REQUIRED

# PRIORITY® ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

**FROM:**
Michael James Garvey
330 Walter Godbey Road
West Jefferson, NC 28694

**TO:**
U.S. District Court for Western
N.C. Statesville Division
Attn: Clerk of Court
200 W. Broad Street, Rm. 304
Statesville, NC 28677



UNITED STATES POSTAL SERVICE.   Retail

US POSTAGE PAID
**$6.65**

Origin: 28694
Destination: 28677
0 Lb 6.20 Oz
Jan 31, 17
3684800694-03   1024

PRIORITY MAIL ®2-Day

Expected Delivery Day: 02/02/2017   C020

USPS TRACKING NUMBER



9505 5126 6797 7031 0260 43

PS00001000014   OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.