IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>    Defendants. | Case Number: 5:16CV209-RLV |

**DEFENDANTS SUBSTITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER AND SHIANN SCHMIDT'S INTENT NOT TO REPLY**

Notice is hereby given pursuant to Local Rule 7.1(e) of Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt's intent not to reply to Plaintiff's Response to Answer to Complaint (Doc. 29) filed February 23, 2017; Plaintiff's Response in Opposition re Motion to Dismiss by Michael Jay Emery, Shapiro & Ingle, LLP, Kyle Stewart (Doc. 30) filed February 30, 2017; and Plaintiff's Response in Opposition re Motion to Dismiss Complaint by Hutchens, Law Firm, Lacey M. Moore, Christopher T. Salyer, Shiann Schmidt, Substitute Trustee Services, Inc. (Doc. 31) filed February 1, 2017.

    Hutchens Law Firm LLP
    *Attorneys for Defendants, Substitute*
    *Trustee Services, Inc., Hutchens Law Firm,*
    *Lacey M. Moore, Christopher T. Salyer, and*
    *Shiann Schmidt*

    /s/Lacey M. Moore
    Lacey M. Moore

1

        N.C. Bar No. 30652
        6230 Fairview Road
        Suite 315
        Charlotte, North Carolina 28210
        Telephone: 704.357.6262
        Facsimile: 704.362.9261
        lacey.moore@hutchenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MICHAEL J. GARVEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SETERUS, INC., SUBSITUTE TRUSTEE SERVICES, INC., HUTCHENS LAW FIRM, LACEY M. MOORE, CHRISTOPHER T. SALYER, SHIANN SCHMIDT, SHAPIRO & INGLE, LLP, MICHAEL JAY EMREY, AND KYLE STEWART,<br><br>　　　　Defendants. | Case Number: 5:16CV209-RLV |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2017, I served a copy of Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt's Motion to Dismiss by either electronic notice in accordance with local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, MC 28694

David R. DiMatteo, Esq.
McGuire Woods, LLP
201 North Tryon Street
Suite 300
Charlotte, NC 28202
(*Attorneys for Seterus, Inc.*)

3

Jason K. Purser
Shapiro & Ingle, LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(*Attorneys for Shapiro & Ingle, LLP, Michael Jay Emrey and Kyle Stewart*)

Hutchens Law Firm  LLP
*Attorneys for Defendants Substitute Trustee Services, Inc., Hutchens Law Firm, Lacey M. Moore, Christopher T. Salyer, and Shiann Schmidt*

/s/Lacey M. Moore
Lacey M. Moore
N.C. Bar No. 30652
6230 Fairview Road
Suite 315
Charlotte, North Carolina 28210
Telephone:  704.357.6262
Facsimile: 704.362.9261
lacey.moore@hutchenslawfirm.com

4