Michael J. Garvey
330 Walter Godbey Road
West Jefferson, NC 28694

February 8, 2017

United States District Court Western District of NC
Statesville Division
200 West Broad Street, Room 304
Statesville, NC 28677
ATTN: Clerk of the Court

**Re: Civil Action No: 5:16-CV-00209-RLV**

**TO THE CLERK OF THE COURT:**

This is a corrected supplement filing to Doc. 31 filed and entered on 02/01/2017. I inadvertently filed the response to Defendants Shapiro & Ingle instead of the response to Defendants Substitute Trustees Services, Inc., Hutchens Law Firm, etc. Please file the enclosed Consumer's Opposition to the Defendant's Motion to Dismiss with Annexes A-C. Thanking you in advance for your assistance.

Michael J. Garvey

Enclosure: Consumer's Opposition to Motion to Dismiss
with Annexes A, B, and C