IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:16-cv-00209-RLV

MICHAEL J. GARVEY, )
)
Plaintiff, )
)
v. )
)
SETERUS, INC., SUBSTITUTE )
TRUSTEES SERVICES, INC., HUTCHENS )
LAW FIRM, LP, LACEY M. MOORE, )
CHRISTOPHER T. SALYER, SHIANN )
SCHMIDT, SHAPIRO & INGLE, LLP, )
MICHAEL JAY EMREY, and KYLE )
STEWART, )
)
Defendants. )
)

FILED
STATESVILLE, NC

JUL 20 2017

U.S. District Court
Western District of N.C.

## MOTION FOR EXTENSION OF TIME

Comes now Garvey, Plaintiff in the above captioned action and states the following in support of this motion:

1. Garvey is 72 years old and no longer capable of dealing with the stress and anxiety of complex pro se doomed litigation;

2. The physical effect, of 6 years of legal abuse of the elderly have now rendered Garvey reliant upon adult diapers, insufficient sleep recovery and constant depression;

3. Garvey's advancing age is partially responsible as well as this Honorable Courts' selective enforcement of the previous state court actions and denial of FDCPA simple requirement of Validation and VERIFICATION – a straight forward statement under "Penalty of Perjury" that the debt in question is valid. Garvey has been wrong in ascertaining this simple mandate.

4. In light of the preceding and all applicable rules and regulations Garvey requests an

extension of time up to and including August 30, 2017 to prepare and submit the requisite response pleading.

*signature*

Michael James Garvey
330 Walter Godbey Road
West Jefferson, NC 28694
336-877-6298

## CERTIFICATION

Garvey certifies an exact copy of the preceding was mailed First Class on 19th day of July, 2017 year.

| | |
|---|---|
| Jason K. Purser | Lacey M. Moore |
| Shapiro & Ingle, LLP | Hutchens, Senter, Kellam & Pettit, PA |
| 10130 Perimeter Parkway, Suite 400 | 6230 Fairview Road, Suite 315 |
| Charlotte, NC 28216 | Charlotte, NC 28210 |
| DAVID R. DiMATTEO | U.S. DISTRICT COURT |
| McGuire Woods LLP | WESTERN DISTRICT OF N.C. |
| 201 NORTH TRYON ST. Ste 3000 | 200 W. BROAD ST. |
| CHARLOTTE, NC 28202 | STATESVILLE, NC 28677 |

## VERIFICATION

Garvey avers the preceding pleading is accurate and true to the best of his knowledge at this juncture in time.

19th day of July month, 2017 year

Mike Garvey
330 Walter Godbey Road
West Jefferson, NC 28694
336-877-6298